**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FREDERICK THOMAS ALLEN,

Plaintiff,

v.

NEW JERSEY BOARD OF MEDICAL EXAMINERS, *et al.*,

Defendants.

Civil Action No. 26-90 (MAS) (RLS)

**ORDER**

This matter comes before the Court upon three motions: (1) Defendants New Jersey Board of Medical Examiners (the "Board"), Antonia Winstead ("Winstead"), and J. Nimisha Shukla's ("Shukla") (collectively, "Defendants") First Motion to Dismiss (ECF No. 11) *pro se* Plaintiff Frederick Thomas Allen's ("Plaintiff") Complaint; (2) Plaintiff's Motion for Sanctions (ECF No. 14); and (3) Defendants' Second Motion to Dismiss (ECF No. 24[1]). Plaintiff opposed both motions to dismiss (ECF Nos. 12, 27) and replied in support of his own motion (ECF No. 26). The Court has carefully considered the parties' submissions and reaches its decision without oral argument under Local Civil Rule 78.1(b). For the reasons outline in the accompanying Memorandum Opinion,

**IT IS**, on this 12th day of August 2026, **ORDERED** as follows:

1. Defendants' First Motion to Dismiss (ECF No. 11) is **GRANTED**.
2. Defendants' Second Motion to Dismiss (ECF No. 24) is **GRANTED**.

[1] Defendants' Motion to Dismiss also serves as their opposition to Plaintiffs' Motion for Sanctions. (*See* Defs.' Second Mot. to Dismiss, ECF No. 24.)

3. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE.**

4. Plaintiff's Motion for Sanctions (ECF No. 14) is **DENIED.**

5. The Clerk shall close this matter.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE