**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FREDERICK THOMAS ALLEN, M.D.,**<br>Plaintiff,<br><br>v.<br><br>**NEW JERSEY STATE BOARD OF MEDICAL EXAMINERS, et al.,**<br>Defendants. | Civil Action No.<br>**3:26-cv-00090-MAS-RLS** |

**PLAINTIFF'S REQUEST FOR DISPOSITION OF PENDING MOTION TO REDACT (ECF NO. 13)**

Plaintiff Frederick Thomas Allen, M.D., proceeding pro se, respectfully submits this request concerning his Motion to Redact previously filed at ECF No. 13.

On August 12, 2026, the Court entered its Memorandum Opinion (ECF No. 31) and Order (ECF No. 32), granting Defendants' Motions to Dismiss, denying Plaintiff's Motion for Sanctions, and closing this matter.

Plaintiff respectfully notes that the Court's August 12, 2026 Memorandum Opinion and Order do not appear to dispose of Plaintiff's separately pending Motion to Redact at ECF No. 13.

The Motion to Redact seeks relief distinct from the sanctions relief addressed in the Court's August 12 decision. Plaintiff therefore respectfully requests that the Court rule upon the pending Motion to Redact or, alternatively, advise whether any further submission from Plaintiff is necessary for disposition of that motion.

This request does not seek reconsideration of the Court's denial of Plaintiff's Motion for Sanctions and does not seek to reargue the merits of that motion. Plaintiff respectfully seeks only disposition of the separately filed Motion to Redact.

Respectfully submitted,

**/s/ Frederick Thomas Allen, M.D.**
Frederick Thomas Allen, M.D.
Plaintiff Pro Se
1050 N. Kimbles Rd.
Yardley, PA 19067
(215) 290-0864

fredallenmd@gmail.com

Dated: August 12, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, I caused a true and correct copy of the foregoing Request for Disposition of Pending Motion to Redact (ECF No. 13) to be served upon counsel of record for Defendants through the Court's CM/ECF system.

**/s/ Frederick Thomas Allen, M.D.**
Frederick Thomas Allen, M.D.