FREDERICK THOMAS ALLEN, M.D., MBA 1050 N. Kimbles Road Yardley, PA 19067 (215) 290-0864 *Plaintiff, Pro Se*

September 8, 2026

VIA CM/ECF

Honorable Michael A. Shipp, U.S.D.J. Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Trenton, New Jersey 08608

> Re: Frederick Thomas Allen, M.D. v. New Jersey Board of Medical Examiners, et al. Civil Action No. 3:26-cv-00090-MAS-RLS Plaintiff's response to Defendants' Motion for Extension of Time (ECF No. 35)

Dear Judge Shipp:

I write briefly, and without opposition, concerning Defendants' motion for an extension of time filed September 4, 2026 (ECF No. 35).

I confirm that Deputy Attorney General Roman contacted me before filing and that I consented, and continue to consent, to a fourteen-day extension of Defendants' time to respond to my August 25, 2026 motions. I do not oppose the relief Defendants seek, and I write only to raise a scheduling matter that I respectfully suggest the Court may wish to address in the order it enters.

The proposed order submitted at ECF No. 35-1 provides that Defendants shall respond "within fourteen days from the entry of this order." Because ECF No. 35 was docketed as a motion and assigned a return date of October 5, 2026, that formulation would, if the motion were decided on its return date, extend Defendants' time to respond well beyond the fourteen days the parties discussed. My consent was to a fourteen-day extension measured from the existing deadline, and I understand that to have been Defendants' intent as well.

I therefore respectfully request that any order granting ECF No. 35 fix dates certain, and specifically that it provide:

1. that Defendants' opposition to Plaintiff's August 25, 2026 motions shall be filed on or before September 22, 2026, being fourteen days from the September 8, 2026 deadline; and

2. that the return date on Plaintiff's August 25, 2026 motions be adjourned from September 21, 2026 to October 5, 2026, a date already carried on the Court's calendar in this matter.

This would give Defendants the full fourteen days they requested, afford the Court a

complete submission in advance of the adjourned return date, and provide both parties with a schedule that does not depend on the date of entry.

I am grateful for the Court's attention to this matter.

Respectfully submitted,

______________________________ Frederick Thomas Allen, M.D., MBA *Plaintiff, Pro Se*

cc: Daniel Roman, Deputy Attorney General (via CM/ECF)