MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
Director

September 9, 2026

Honorable Judge Michael Shipp
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Re: Frederick Thomas Allen, M.D. v. NJ Board of Medical Examiners, Et Al,.
Civil Action No. 3:26-CV-00090-MAS-RLS

Dear Judge Shipp:

As Your Honor is likely aware, the Court dismissed the above referenced matter on August 12, 2026. On August 25, 2026, Plaintiff filed a motion for reconsideration of the August 12 Order. On September 4, 2026, Defendants requested an extension to reply to Plaintiff's motion, and on September 9, 2026, Your Honor granted Defendants' request extending the time to answer to September 22, 2026. Due to unforeseen upcoming travel obligations and a religious holiday, the Defendants seek one more extension, of two weeks, to respond to Plaintiff's motion. Defendants request to reply to Plaintiff's motion by October 5, 2026. I have spoken with the Plaintiff, and he has consented to this request. The delay in answering or otherwise responding to Plaintiff's submissions will not prejudice the Plaintiff but would provide the Defendants' attorneys with the opportunity to attend to personal matters. Thank you for your time and consideration of this matter.

Sincerely,
*Daniel Roman, Esq.*
Daniel Roman, Deputy Attorney General
Division of Law
New Jersey Office of the Attorney General
Attorney for the Defendants

Cc: Dr. Frederick Allen (Plaintiff)